IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:23-CR-00046 (JLS) |
| | : | |
| v. | : | |
| | : | |
| KHALED ABUGHANEM and ADHAM ABUGHANEM | : | |
| | : | |



## ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

On October 18, 2024, the government filed an *ex parte, in camera* motion under the Classified Information Procedures Act. After a careful *in camera* review of the materials submitted by the government, and based on the entire record in this case, the Court finds that the government's proposed deletions from discovery, and proposed unclassified summary, satisfy the government's discovery obligations.

Therefore, it is ORDERED that the government delete from discovery the identified information and provide the defendants with the government's proposed unclassified summary.

It is FURTHER ORDERED that the entirety of these materials and proceedings under CIPA be sealed, except that this Order may be filed on the public docket.

Dated: October 28, 2024
Buffalo, New York

HON. JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE