UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                          23-CR-46-JLS

KHALED ABUGHANEM and
ADHAM ABUGHANEM,

        Defendants.

---



**PROTECTIVE ORDER**

    Before the Court is the United States' Motion to Unseal and for a Protective Order concerning Docket 286. In light of the sensitive information that will be disclosed to the defendants, and for good cause shown, the United States' motion is GRANTED. It is hereby

    **ORDERED**, that the *ex parte* order and application concerning FBI Task Force Officer Edmund Susman located at Docket 286 (hereinafter "Order and Application") shall be partially unsealed;

    **ORDERED**, that the Order and Application shall be used by the government, defense counsel, and the defendants solely in connection with post-trial litigation in this action, including any appeals; shall not be disclosed to the public; and shall not be disclosed to third parties except as authorized in this Order; and it is further

    **ORDERED**, that the Order and Application described above shall not be provided to

third parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action; and it is further

**ORDERED**, that copies of the Order and Application described above shall not be provided to the defendants absent further order of the Court; and it is further

**ORDERED**, that if counsel for the defendants provides the defendants with access to the Order and Application, counsel shall ensure that the defendants does not have access to a cellular telephone or any other photographic or video- or audio-recording equipment during such review; and it is further

**ORDERED**, that the unauthorized copying, dissemination, or posting of copies, or the contents, of the Order and Application on the Internet or through any form of social media shall constitute a violation of the terms of this Order; and it is further

**ORDERED**, that at the conclusion of the litigation of this action, including any direct appeal, counsel for the defendants shall return all copies of the Order and Application to the government immediately upon request of the government.

DATED: Buffalo New York, February 3, 2025.

_____
HONORABLE JOHN J. SINATRA
United States District Judge